```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 02824
   JEFFREY C RADZIEWICZ
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9471
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/19/07 and confirmed on 05/23/07.

   2.  The case was dismissed after confirmation, 10/26/2007.

   3.  The Debtor paid a total of $   2818.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 266.34 | .00 | 266.34 |
| SELECT PORTFOLIO SERVICI | SECURED | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | .00 | .00 | .00 |
| SHAPIRO & KREISMAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| PRAIRIE PONDS HOMEOWNERS | SECURED | 860.00 | .00 | 860.00 |
| GMAC PAYMENT CENTER | UNSECURED | 14604.42 | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | 1903.32 | .00 | .00 |
| AMERICAN PROFIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| AT & T PAYROLL PARTNERS | UNSECURED | NOT FILED | .00 | .00 |
| BRIAN & MARY AVERY | UNSECURED | NOT FILED | .00 | .00 |
| CAINE & WEINER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CCS | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DOUBLEDAY BOOK CLUB | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE NEONATOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 14234.43 | .00 | .00 |
| B LINE LLC | UNSECURED | 4859.65 | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
IC SYSTEM                   UNSECURED     NOT FILED          .00         .00
ILLINOIS STUDENT ASSIST     UNSECURED     NOT FILED          .00         .00
LABORATORY & PATHOLOGY D    UNSECURED     NOT FILED          .00         .00
MINOOKA ACE HARDWARE        UNSECURED        483.19          .00         .00
NAPERVILLE EAR NOSE & TH    UNSECURED     NOT FILED          .00         .00
NICOR GAS                   UNSECURED     NOT FILED          .00         .00
PROFESSIONAL ACCOUNTS MA    UNSECURED     NOT FILED          .00         .00
RMS INC                     UNSECURED     NOT FILED          .00         .00
SBC AMERITECH               UNSECURED     NOT FILED          .00         .00
SPRINT PCS                  UNSECURED     NOT FILED          .00         .00
TRANSWORLD SYSTEMS INC      UNSECURED     NOT FILED          .00         .00
TWO MEN AND A TRUCK         UNSECURED        688.50          .00         .00
AFNI/VERIZON                UNSECURED       1333.27          .00         .00
SHEILA RILEY                CHILD SUPPORT NOT FILED          .00         .00
ILLINOIS DEPT REVENUE       PRIORITY        2296.38          .00         .00
ILLINOIS DEPT REVENUE       UNSECURED        509.36          .00         .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED         OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1126.34      4199.70      36712.82           .00     42038.86
PRINCIPAL PAID      1126.34           .00          .00           .00      1126.34
INTEREST PAID           .00           .00          .00           .00           .00
TOTAL PAID          1126.34           .00          .00           .00      1126.34
```

The Debtor's attorney, SCHOTTLER & ASSOCIATES         , was allowed $   2775.00 and was paid $    1185.11   direct and $    1589.89   through the plan.

The Trustee received $      101.77 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/14/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                        PAGE   3
   CASE NO. 07 B 02824 JEFFREY C RADZIEWICZ
```